21-51905

Filed in U.S. Bankruptcy Court
Atlanta, Georgia
M. Regina Thomas, Clerk

MAR 16 2021

By: /s/ Anin M
Deputy Clerk

**Consumer RDC Mobile Deposit**

Customer ID: 00329251383
Deposit Date/Time: 2021/03/09 21:08:28
Deposit Number: 859877

$625.88

510001751   1000282607026   408

VOID

